UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID FALGOUT                                              CIVIL ACTION

VERSUS                                                     NUMBER: 20-07

DARREL VANNOY, WARDEN                                      SECTION: "J"

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus **(Rec. Doc. 1)** filed by Plaintiff, David Falgout, be **DENIED** and that Plaintiff's complaint be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 14th day of January, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE